IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CR. NO. 05-20179-01-Ma |
| ) | |
| BRANDON WILLIAMS, ) | |
| ) | |
| Defendant. ) | |

**ORDER ON GUILTY PLEA**

This cause came on to be heard on May 11, 2005, the United States Attorney for this district appearing for the Government and the defendant, Brandon Williams, appearing in person and with appointed counsel, Mr. Lee Gerald.

With leave of the Court, the defendant entered a plea of guilty to Count 1 of the Information. Plea colloquy was held and the Court accepted the guilty plea.

Sentencing in this case is set for **Monday, August 22, 2005 at 9:00 a.m.** The defendant is remanded to the custody of the United States Marshal.

**ENTERED** this the 11th day of May, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 5-17-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 6 in case 2:05-CR-20179 was distributed by fax, mail, or direct printing on May 17, 2005 to the parties listed.

---

Lee Howard Gerald
LAW OFFICE OF LEE GERALD
8 S. Third St.
Fourth Floor
Memphis, TN 38103

Tony R. Arvin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT