IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 NOV -2 AM 6: 50

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

UNITED STATES OF AMERICA,

VS.                                    NO. 05-20179-Ma

BRANDON WILLIAMS,

  Defendant.

---

ORDER RESETTING SENTENCING DATE

---

Before the court is the government's October 28, 2005, motion to reset the sentencing of Brandon Williams, which is presently set for November 1, 2005.  For good cause shown, the motion is granted.  The sentencing of defendant Brandon Williams is **reset to Thursday, December 1, 2005, at 9:00 a.m.**

It is so ORDERED this 31st day of October, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  11-4-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 13 in case 2:05-CR-20179 was distributed by fax, mail, or direct printing on November 4, 2005 to the parties listed.

---

Lee Howard Gerald
LAW OFFICE OF LEE GERALD
8 S. Third St.
Fourth Floor
Memphis, TN 38103

Tony R. Arvin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT